THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS DESIGNATED ACTIVITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM HOME INSPECTIONS, LLC, a Washington Limited Liability Company; MARNIE SHEERAN, individually,<br><br>Defendants. | No.: 3:20-CV-05607-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR INITIAL DISCLOSURES |

For the reasons set forth in the Stipulated Motion to Extend Deadline for Initial Disclosures submitted by Plaintiff AmTrust International Underwriters Designated Activity Company, Defendant Custom Home Inspections, LLC, and Defendant Marnie Sheeran, the Court GRANTS the motion. The deadline for initial disclosures is extended to October 5, 2020.

DATED this 24th day of September, 2020.

_____
Hon. Barbara J. Rothstein
United States District Judge