THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS DESIGNATED ACTIVITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM HOME INSPECTIONS, LLC, a Washington Limited Liability Company; MARNIE SHEERAN, individually,<br><br>Defendants. | No.: 3:20-CV-05607-RBL<br><br>STIPULATED MOTION TO DISMISS |

### STIPULATION

Plaintiff AmTrust International Underwriters Designated Activity Company and Defendants Custom Home Inspections, LLC and Marnie Sheeran (collectively, the "Parties") stipulate that this lawsuit should be dismissed with prejudice and without an award of costs or fees to any Party.

IT IS SO ORDERED this 5th day of November 2020.

*[signature: Barbara J. Rothstein]*
_____
THE HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION AND ORDER TO DISMISS NO. 3:20-CV-05607-RBL

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930